IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR., | : | C.A. NO.: 07-00071 |
| Plaintiff, | : | |
| v. | : | JURY TRIAL DEMANDED |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that James E. Drnec, Esquire of the law firm of Bifferato Gentilotti LLC hereby enters his appearance as counsel of record on behalf of defendant, The Ursuline Academy of Wilmington, Delaware, Inc., in the above action. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. The defendant specifically reserves all rights to raise any jurisdictional, service, or statute of limitations defects, which may be available.

**BIFFERATO GENTILOTTI LLC**

　/s/　James E. Drnec
James E. Drnec, Esquire
Delaware State Bar No.: 3789
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
*Attorney for Defendant*

Dated: April 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR., | : | C.A. NO.: 07-00071 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | : : : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, James E. Drnec, Esquire, hereby certify that a true and correct copy of the attached Entry of Appearance was served via electronic mail this 4th day of April, 2007 upon the following:

Martin D. Haverly, Esquire
Two East 7th Street, Suite 201
Wilmington, DE 19801

**BIFFERATO GENTILOTTI LLC**

  /s/   James E. Drnec
James E. Drnec, Esquire
Delaware State Bar No.: 3789
800 N. King Street, Plaza Level
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
*Attorney for Defendant*