IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR., | : | C.A. NO.: 07-00071 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE URSULINE ACADEMY OF | : | |
| WILMINGTON, DELAWARE, INC., | : | |
| a Delaware Corporation, | : | |
| | : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of James E. Drnec, Esquire as counsel on behalf of defendant, The Ursuline Academy of Wilmington, Delaware, Inc., in the above action; and

PLEASE ENTER the appearance of Vincent A. Bifferato, Jr., Esquire, of Bifferato Gentilotti LLC on behalf of defendant, The Ursuline Academy of Wilmington, Delaware, Inc., in the above action.

| | |
|---|---|
| **BALICK & BALICK** | **BIFFERATO GENTILOTTI LLC** |
| | |
| /s/ James E. Drnec | /s/ Vincent A. Bifferato, Jr. |
| James E. Drnec, Esquire(#3789) | Vincent A. Bifferato, Jr., Esquire (#2465) |
| 711 N. King Street | 200 Biddle Avenue, Suite 203 |
| Wilmington, DE 19801 | Newark, DE 19702 |
| (302) 658-4265 | (302) 429-1900 |
| Date: 5/7/07 | Date: 5/7/07 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR., | : | C.A. NO.: 07-00071 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE URSULINE ACADEMY OF | : | |
| WILMINGTON, DELAWARE, INC., | : | |
| a Delaware Corporation, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Vincent A. Bifferato, Jr., Esquire, hereby certify that I caused a true and correct copy of the foregoing Substitution of Counsel to be served via electronic mail, this 7th day of May, 2007 upon the following:

Martin D. Haverly, Esquire
2 E. 7th Street, Suite 201
Wilmington, DE 19801

**BIFFERATO GENTILOTTI LLC**

  /s/  Vincent A. Bifferato, Jr.
Vincent A. Bifferato, Jr., Esquire
Delaware State I.D. #2465
200 Biddle Avenue, Suite 203
Newark, DE 19702
(302) 429-1900
Attorney for Defendant