# BIFFERATO GENTILOTTI LLC

*Attorneys at Law*

100 BIDDLE AVENUE
SUITE 100
NEWARK, DE 19702

(302) 429-1900
TELECOPIER: (302) 832-7540
EMAIL: VBIFFERATOJR@BGLAWDE..COM

May 24, 2007

**BY E-FILE AND**
**BY HAND-DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

**Re:** ***Benjamin E. Jackson, Sr. v. The Ursuline Academy of Wilmington, Delaware, Inc.***
***C.A. No. 07-00071***

Dear Judge Thynge:

I write to inform Your Honor that I have spoken to Martin Haverly, Esquire. Both parties agree to your jurisdiction as the trial judge and as the mediator in this matter. On behalf of the Defendant, either October 16, 2007 or October 17, 2007 are acceptable dates for mediation.

If Your Honor requires any further information, please contact me.

Respectfully Submitted,

Vincent A. Bifferato, Jr.

VABjr/mt

cc:    Martin D. Haverly, Esquire (by e-file)