IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN E. JACKSON, SR, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-71*** |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | : |
| Defendant. | : |

JOINT CONSENT TO THE EXERCISE OF
JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed.Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

IT IS SO STIPULATED:

| | |
|---|---|
| MARTIN D. HAVERLY, ATTORNEY AT LAW | BIFFERATO, GENTILOTTI, BIDEN, & BALICK, LLC |
| /s/ Martin D. Haverly | /s/Vincent A. Bifferato, Jr. |
| Martin D. Haverly, Esquire (No. 3295) | Vincent A. Bifferato, Jr, Esquire (No. 2465) |
| 2 East 7th Street, Suite 201 | 200 Biddle Avenue, Suite 203 |
| Wilmington, DE 19801 | Newark, DE 19711 |
| Phone: (302)654-2255 | (Phone): (302)429-1900 |
| Fax: (302)654-0175 | (Fax): (302)832-7540 |
| Martin@HaverlyLaw.com | vabjr@bgbblaw.com |
| Attorney for Plaintiff | Attorney for Defendant |

Date: June 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN E. JACKSON, SR, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 07-71*** |
| : | |
| THE URSULINE ACADEMY OF : | |
| WILMINGTON, DELAWARE, INC., : | |
| a Delaware Corporation, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

_____
Judge