# THE NEUBERGER FIRM
### ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |
| RAEANN WARNER, ESQUIRE | |
| CHERYL A. HERTZOG, ESQUIRE* | |
| *(Licensed Only in PA and NJ) | |

June 5, 2007

**Via e-Filing**

Clerk of the Court
United States District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

**RE:** **Benjamin E. Jackson, Sr. v Ursuline Academy**
**C.A. No. 07-71\*\*\***
**Routing of e-Filed Docket Items**

Dear Sir:

     On February 8, 2007 the Complaint signed by Martin D. Haverly, Esquire and myself was filed with the Court in the above captioned case. It has come to my attention that neither my name nor my firm's name was included on the list to receive electronic filings. Please take the necessary steps to correct this problem.

     Thank you for your prompt attention to this matter.

Very truly yours,

/s/ Thomas Stephen Neuberger

Thomas Stephen Neuberger

TSN/acs

cc:    Martin D. Haverly, Esquire
        Vincent A. Bifferato, Jr., Esquire (via e-Filing & First Class Mail)