## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BENJAMIN E. JACKSON, SR,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    **C.A. No. 07-71-MPT** |
| | : |
| **THE URSULINE ACADEMY OF** | : |
| **WILMINGTON, DELAWARE, INC.,** | : |
| a Delaware Corporation, | : |
| | : |
| Defendant. | : |
| | : |

### NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on August 14, 2007, I caused two (2) copies of the foregoing **PLAINTIFF'S RULE 26 SELF-EXECUTING INITIAL DISCLOSURES** to be delivered via first class mail postage prepaid to the following:

    Vincent A. Bifferato, Jr., Esquire
    200 Biddle Avenue, Suite 203
    Newark, DE 19711

                                            **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                                            /s/ Martin D. Haverly
                                          MARTIN D. HAVERLY, ESQUIRE
                                          Two East 7th Street, Suite 201
                                          Wilmington, DE 19801
                                          Del. Bar No. 3295
                                          martin@haverlylaw.com
                                          (302)654-2255

                                            Attorney for Plaintiff

cc:    Thomas Stephen Neuberger, Esq.
        Benjamin E. Jackson