**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BENJAMIN E. JACKSON, SR,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-71-MPT |
| | : |
| **THE URSULINE ACADEMY OF** | : |
| **WILMINGTON, DELAWARE, INC.,** | : |
| a Delaware Corporation, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF SERVICE**

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on August 14, 2007, I caused two (2) copies of the foregoing **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** to be delivered via first class mail postage prepaid to the following:

>  Vincent A. Bifferato, Jr., Esquire
>  200 Biddle Avenue, Suite 203
>  Newark, DE 19711

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

 /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
martin@haverlylaw.com
(302)654-2255

Attorney for Plaintiff

cc:   Thomas Stephen Neuberger, Esq.
      Benjamin E. Jackson