**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BENJAMIN E. JACKSON, SR,** | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-71-MPT |
| **THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC.,** a Delaware Corporation, | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on August 23, 2007, I caused two (2) copies of the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** to be delivered via first class mail postage prepaid to the following:

> Vincent A. Bifferato, Jr., Esquire
> Bifferato, Gentilotti, Biden & Balick, LLC
> 200 Biddle Avenue, Suite 203
> Newark, DE 19711

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

 /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
martin@haverlylaw.com
(302)654-2255

Attorney for Plaintiff

cc:  Thomas Stephen Neuberger, Esq.
     Benjamin E. Jackson