IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-71-MPT |
| | : | |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | : : | |
| | : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

I, Vincent A. Bifferato, Jr., attorney for Defendant, The Ursuline Academy of Wilmington, Delaware, Inc., hereby certify that two copies of **DEFENDANT, THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC.'S, INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 26(a)(1)** were served upon:

Martin D. Haverly, Esquire
Martin D. Haverly, Attorney at Law
Two East 7th Street, Suite 201
Wilmington, DE 19801

Thomas S. Neuberger, Esquire
The Neuberger Firm, P.A.
Two East 7th Street, Suite 302
Wilmington, DE 19801

by United States First Class Mail, postage pre-paid, on September 13, 2007.

BIFFERATO GENTILOTTI LLC

/s/ Vincent A. Bifferato, Jr.
Vincent A. Bifferato, Jr. (Del. ID #2465)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.:  (302) 832-7540