## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BENJAMIN E. JACKSON, SR,             :

                       :

          Plaintiff,         :

                       :

     v.                  :     C.A. No.  07-71-MPT

                       :

THE URSULINE ACADEMY OF     :

WILMINGTON, DELAWARE, INC.,   :

a Delaware Corporation,         :

                       :

          Defendant.       :

                       :

## NOTICE OF SERVICE

I, Vincent A. Bifferato, Jr., attorney for Defendant, The Ursuline Academy of Wilmington,

Delaware, Inc., hereby certify that two copies of **DEFENDANT, THE URSULINE ACADEMY OF**

**WILMINGTON, DELAWARE, INC.'S, FIRST REQUEST FOR PRODUCTION OF**

**DOCUMENTS DIRECTED TO PLAINTIFF** were served upon:

| | |
|---|---|
| Martin D. Haverly, Esquire | Thomas S. Neuberger, Esquire |
| Martin D. Haverly, Attorney at Law | The Nueberger Firm, P.A. |
| Two East 7th Street, Suite 201 | Two East 7th Street, Suite 302 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

by United States First Class Mail, postage pre-paid, on October 3, 2007.

**BIFFERATO GENTILOTTI LLC**

  /s/ Vincent A. Bifferato, Jr.

Vincent A. Bifferato, Jr. (Del. ID #2465)

Springside Plaza

100 Biddle Avenue, Suite 100

Newark, DE 19702

Telephone No.: (302) 429-1900

Facsimile No.:  (302) 832-7540

Date: October 3, 2007