

# BifferatoGentilotti
### ATTORNEYS AT LAW
www.bglawde.com

Vincent A. Bifferato, Jr.
Newark Office
vbifferatojr@bglawde.com

October 4, 2007

**BY E-FILE AND**
**BY HAND-DELIVERY**
The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

Re:   *Benjamin E. Jackson, Sr. v. The Ursuline Academy of Wilmington, Delaware, Inc.*
      C.A. No. 07-00071 MPT

Dear Judge Thynge:

In accordance with the current Scheduling Order, I write to provide Your Honor with an Interim Status Report in the above-captioned matter.

The parties have exchanged written discovery and are in the process of scheduling depositions. Mediation is scheduled for October 16, 2007. Presently, there is no trial date. I assume that if the parties are unable to settle the matter on October 16, 2007, that discovery will be completed in accordance with Your Honor's Scheduling Order and a trial date will be set.

Respectfully Submitted,

Vincent A. Bifferato, Jr.

VABjr/mt

cc:   Martin D. Haverly, Esquire (by e-file only)
      Thomas S. Neuberger, Esquire (by e-file only)

Wilmington Office
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
Courier Zip: (19801)
Phone: (302) 429-1900
Main Fax: (302) 429-8600

Newark Office
100 Biddle Avenue, Suite 100
Newark, DE 19702
Phone: (302) 429-1900
Main fax: (302) 832-7540

Lewes Office
119 West Third Street
Lewes, DE 19958
Phone: (302) 644-0302
Main Fax: (302) 644-0306

BIFFERATO GENTILOTTI LLC