**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)654-0175

October 4, 2007

**Via E-Filing**

The Honorable Mary Pat Thynge
United State District Court
844 North King Street
Wilmington, DE 19801

RE:    **Benjamin E. Jackson, Sr. v Ursuline Academy**
       **C.A. No. 07-71-MPT**
       **Plaintiff's Interim Status Report**

Dear Judge Thynge:

The parties have exchanged Initial Disclosures and Plaintiff has served a First Set of
Interrogatories and First Request Production on Defendant.  Defendant sent Requests for
Production to Plaintiff yesterday.  A Mediation is scheduled with Your Honor on Tuesday,
October 16, 2007.

Unfortunately, to date Defendant has not provided Answers and Responses to the
outstanding discovery served by Plaintiff, and the Defendant's Initial Disclosures were only
provided in September 2007 and do not identify the topics which can be provided by the
witnesses identified by Defendant.  Depositions will be scheduled after Plaintiff receives the
outstanding discovery.  After speaking with opposing counsel, I am confident that the
outstanding discovery and more precise Initial Disclosures will be provided to Plaintiff shortly.

I do not anticipate there will be a difficulty concerning the scheduling of depositions
because the universe of witnesses is less than typical for an employment discrimination case.

However, the expert reports will need to be pushed off because Plaintiff has not yet
received from Defendant documents concerning economic loss.   I suggest that the new date for

The Honorable Mary Pat Thynge
October 4, 2007
Page 2

expert reports be Wednesday, November 14, 2007 with rebuttal reports due on December 14, 2007.  Any mop up expert depositions could take place thereafter.

Respectfully submitted,

/s/Martin D. Haverly

Martin D. Haverly

MDH/acs

cc:    Vincent A. Bifferato, Jr., Esquire (via e-filing)
       The Neuberger Firm
       Benjamin E. Jackson, Sr.