IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN E. JACKSON, SR., | C.A. NO.: 07-00071 MPT |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | |
| Defendant. | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David A. Denham, Esquire of the law firm of Bifferato Gentilotti LLC hereby enters his appearance on behalf of Defendant, The Ursuline Academy of Wilmington, Delaware, Inc., in the above action. Vincent A. Bifferato Jr., will remain as lead counsel for Defendant.

BIFFERATO GENTILOTTI LLC

/s/ David A. Denham
David A. Denham (Del. ID#4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
*Attorney for Defendant*

Dated: October 9, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN E. JACKSON, SR., | : | C.A. NO.: 07-00071 MPT |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware Corporation, | : : : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

I, David A. Denham, attorney for Defendant, The Ursuline Academy of Wilmington, Delaware, Inc., hereby certify that one copy of the attached Entry of Appearance was served upon:

Martin D. Haverly, Esquire
Martin D. Haverly, Attorney at Law
Two East 7th Street, Suite 201
Wilmington, DE 19801

Thomas S. Neuberger, Esquire
The Nueberger Firm, P.A.
Two East 7th Street, Suite 302
Wilmington, DE 19801

by electronic filing on October 9, 2007.

BIFFERATO GENTILOTTI LLC

/s/ David A. Denham
David A. Denham (Del. ID#4240)
Springside Plaza
100 Biddle Avenue, Suite 100
Newark, DE 19702
Telephone No.: (302) 429-1900
Facsimile No.: (302) 832-7540
*Attorney for Defendant*