IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN E. JACKSON, SR., | : |
| Plaintiff, | : |
| v. | : C. A. 07-71-MPT |
| THE URSULINE ACADEMY OF WILMINGTON, DELAWARE, INC., a Delaware corporation, | : |
| Defendant. | : |

## ORDER

At Wilmington this **29th** day of **January, 2008**,

IT IS ORDERED that the teleconference scheduled for Tuesday, January 29, 2008 at 2:00 p.m. with Judge Thynge to discuss the status of the finality of the settlement is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE