IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENJAMIN E. JACKSON, SR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 07-71-MPT |
| | : |
| THE URSULINE ACADEMY OF | : |
| WILMINGTON, DELAWARE, INC. | : |
| a Delaware Corporation, | : |
| | : |
| Defendant | : |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Benjamin E. Jackson, Sr. and Defendant, The Ursuline Academy of Wilmington, Delaware, Inc., through their respective undersigned counsel, that the above-captioned action is dismissed with prejudice; and

IT IS HEREBY STIPULATED AND AGREED that this Court shall retain jurisdiction over this case for the purpose of enforcing the parties' Settlement Agreement And General Release which is incorporated herein by reference.

MARTIN D. HAVERLY, ATTORNEY AT LAW

Date: 2/12/08

/s/ Martin D. Haverly
**MARTIN D. HAVERLY, ESQUIRE (Del. Bar #3295)**
Two East 7th Street, Suite 201
Wilmington, Delaware 19801
(302)654-2255
martin@haverlylaw.com

Attorney for Plaintiff

BIFFERATO & GENTILOTTI, LLC

Date:  2/12/08

/s/ David A. Denham
**DAVID A. DENHAM, SQUIRE (Del. Bar #4240)**
100 Biddle Avenue, Suite 100
Newark, DE 19702
(302)429-1900
ddenham@bglawde.com

Attorney for Defendant


SO ORDERED this _____ of _____, 2008


_____
J.